■ TIFFANY & COMPANY v SMITH. [642 NYS2d 505] —Motion to "return" matter to Supreme Court granted only to the extent of directing the parties to settle a judgment consistent with the memorandum decision of this Court entered on February 27, 1996 (224 AD2d 332), and the clerk is directed to enter judgement in accordance with the settled judgment. Concur—Murphy, P. J., Ross, Tom and Mazzarelli, JJ.

■ In the Matter of ARTHUR H. RUEGGER (Admitted as ARTHUR HERMAN RUEGGER), a Suspended Attorney. [642 NYS2d 506] —Petitioner's application for reinstatement is granted, and petitioner is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Sullivan, J. P., Rosenberger, Ellerin, Wallach and Rubin, JJ.